1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone:  916-554-2772

**FILED**

JUL - 1 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

5

6

7  **SEALED**

8           IN THE UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA          )  CASE NO. 2 1 0 - CR - 0 2 5 5 GEB
                                     )
12            Plaintiff,             )  VIOLATIONS:  18 U.S.C. § 371 -
                                     )  Conspiracy to Depredate United
13            v.                     )  States Property and Make False
                                     )  Statements; 18 U.S.C. § 1361 -
14 FRENCH GULCH NEVADA MINING        )  Depredation Against United
   CORPORATION,                      )  States Property; 18 U.S.C.
15 BULLION RIVER GOLD CORPORATION,   )  § 1001(a)(2) - False Statements
   PETER MARTIN KUHN, and            )  (2 Counts); 33 U.S.C.
16 KIEDOCK KIM,                      )  §§ 1311(a) and 1319(c)(1)(A) -
                                     )  Negligent Discharge of a
17            Defendants.            )  Pollutant to a Water of the
                                     )  United States
18                                   )
                                     )
19 _____   )

20

21 COUNT ONE:   [18 U.S.C. § 371 - Conspiracy to Depredate
                United States Property and Make False Statements]
22

23      The Grand Jury charges:

24            FRENCH GULCH NEVADA MINING CORPORATION,
                 BULLION RIVER GOLD CORPORATION,
25                   PETER MARTIN KUHN, and
                        KIEDOCK KIM,
26

27 defendants herein, as follows:

28 ///

1

I.   DEFENDANTS

At all times material to this Indictment:

1.   Defendant FRENCH GULCH NEVADA MINING CORPORATION was incorporated in the State of Nevada and conducted business at 10000 and 10388 French Gulch Road, French Gulch, California.

2.   Defendant BULLION RIVER GOLD CORPORATION was incorporated in the State of Nevada, conducted business at 3500 Lakeside Court, Suite 200, Reno, Nevada, and owned 100% of defendant FRENCH GULCH NEVADA MINING CORPORATION.

3.   Defendant PETER MARTIN KUHN was the President and Chief Executive Officer of defendants FRENCH GULCH NEVADA MINING CORPORATION and BULLION RIVER GOLD CORPORATION.

4.   Defendant KIEDOCK KIM was the Mill Superintendent of defendant FRENCH GULCH NEVADA MINING CORPORATION.

5.   Defendants FRENCH GULCH NEVADA MINING CORPORATION, BULLION RIVER GOLD CORPORATION, PETER MARTIN KUHN, and KIEDOCK KIM operated a gold mine known as the French Gulch Mine, formerly known as the Washington Mine, on private property and property managed by the Department of the Interior, Bureau of Land Management, in Shasta County, California.

II.   THE CONSPIRACY

6.   Beginning at a time unknown to the Grand Jury, but not later than in or about June 2006, and continuing until in or about March 2007, in the County of Shasta, State and Eastern District of California, defendants FRENCH GULCH NEVADA MINING CORPORATION, BULLION RIVER GOLD CORPORATION, PETER MARTIN KUHN, and KIEDOCK KIM did knowingly and intentionally conspire with each other, and with others unknown to the Grand Jury, to commit offenses against the United

2

1  States, to wit:   (1) to depredate property of the United States, in
2  violation of Title 18, United States Code, Section 1361; and (2) to
3  make false statements in matters within the jurisdiction of the
4  executive branch of the Government of the United States, in violation
5  of Title 18, United States Code, Section 1001(a)(2).

6      7.   The manner and means by which the conspiracy was sought to
7  be accomplished included, among others, the following:

8          a.   Defendants discharged wastes containing arsenic and
9               lead from its mill operations via pipe or water truck into
10              abandoned mines, a leach field, a waste rock area, or on the
11              county road surrounding the mine.  Some of the areas where
12              the wastes were discharged were on BLM land.

13         b.   Defendants improperly disposed of its waste mining
14              rock, which contained arsenic and lead, by using the waste
15              rock to resurface the county road leading to the mine,
16              including certain portions of the county road on BLM land.

17         c.   Defendants made various false statements to Senior
18              Engineering Geologist Philip Woodward of the California
19              Central Valley Regional Water Quality Control Board, an
20              agency responsible for administering a National Pollution
21              Discharge Elimination System permit on behalf of the United
22              States Environmental Protection Agency, related to their
23              discharge and disposal of mine wastes.

24     8.   In furtherance of the conspiracy and to effect the objects
25  thereof, defendants FRENCH GULCH NEVADA MINING CORPORATION,
26  BULLION RIVER GOLD CORPORATION, PETER MARTIN KUHN, and KIEDOCK KIM
27  committed the following overt acts, among others, alleged in
28  substantive Counts Two through Five of this Indictment, which are

1 │ incorporated herein by this reference as though fully set forth.

2 │     All in violation of Title 18, United States Code, Sections 371

3 │ and 2.

4 │ <u>COUNT TWO</u>:   [18 U.S.C. § 1361 - Depredation Against United
               States Property]

5

6 │     The Grand Jury further charges:

7 │              FRENCH GULCH NEVADA MINING CORPORATION,
              BULLION RIVER GOLD CORPORATION,

8 │               PETER MARTIN KUHN, and

9 │                  KIEDOCK KIM,

10 │ defendants herein, as follows:

11 │     1.   Paragraphs 1 through 5 of Count One are realleged and

12 │ incorporated herein, as if fully set forth.

13 │     2.   Beginning at a time unknown to the Grand Jury, but not later

14 │ than in or about June 2006, and continuing up to and including in or

15 │ about March 2007, in the County of Shasta, State and Eastern District

16 │ of California, defendants did willfully injure and commit a

17 │ depredation against property of the United States, that is real

18 │ property managed by the Department of the Interior, Bureau of Land

19 │ Management, by means of:  (1) discharging on such real property mine

20 │ tailings, slurry waste, and mill wastewater containing arsenic and

21 │ lead; and (2) resurfacing a road on such property with waste mining

22 │ rock containing arsenic and lead, and thereby caused in excess of

23 │ $ 1,000.00 damage to such property, in violation of Title 18, United

24 │ States Code, Section 1361.

25 │ ///

26 │ ///

27 │ ///

28 │ ///

4

COUNT THREE:     [18 U.S.C. § 1001(a)(2) - False Statements]

The Grand Jury further charges:

FRENCH GULCH NEVADA MINING CORPORATION,
BULLION RIVER GOLD CORPORATION,
PETER MARTIN KUHN, and
KIEDOCK KIM,

defendants herein, as follows:

1.    Paragraphs 1 through 5 of Count One are realleged and incorporated herein, as if fully set forth.

2.    On or about February 5, 2007, in the County of Shasta, State and Eastern District of California, in a matter within the jurisdiction of the executive branch of the United States, defendants did knowingly and willfully make a false material statement, to wit: defendant KIEDOCK KIM told Senior Engineering Geologist Philip Woodward of the California Central Valley Regional Water Quality Control Board, an agency responsible for administering a National Pollution Discharge Elimination System permit on behalf of the United States Environmental Protection Agency, that no leach fields had been used at the French Gulch Mine to dispose of mine wastes, when, in truth and fact, the mine had used a leach field to dispose of mine tailings, slurry waste, and mill wastewater containing arsenic and lead, diverted from the mine's wastewater treatment system, all in violation of Title 18, United States Code, Section 1001(a)(2).

COUNT FOUR:     [18 U.S.C. § 1001(a)(2) - False Statements]

The Grand Jury further charges:  T H A T

FRENCH GULCH NEVADA MINING CORPORATION,
BULLION RIVER GOLD CORPORATION,
PETER MARTIN KUHN, and
KIEDOCK KIM,

defendants herein, as follows:

5

1      1.    Paragraphs 1 through 5 of Count One are realleged and
2  incorporated herein, as if fully set forth.

3      2.    On or about February 28, 2007, in the County of Shasta,
4  State and Eastern District of California, in a matter within the
5  jurisdiction of the executive branch of the United States, defendants
6  did knowingly and willfully make false material statements in that:
7  (1) defendant PETER MARTIN KUHN, in the presence of defendant KIEDOCK
8  KIM, told Senior Engineering Geologist Philip Woodward of the
9  California Central Valley Regional Water Quality Control Board, an
10  agency responsible for administering a National Pollution Discharge
11  Elimination System permit on behalf of the United States Environmental
12  Protection Agency, that the mine no longer sprayed excess mill water
13  onto roads for dust control, when, in truth and fact, the mine
14  continued to spray mill wastewater containing arsenic and lead onto
15  roads for dust control; and (2) defendants PETER MARTIN KUHN and
16  KIEDOCK KIM told Mr. Woodward that there had been no leach fields used
17  at the French Gulch Mine for the disposal of mine wastes, when, in
18  truth and fact, the mine had used a leach field to dispose of mine
19  tailings, slurry waste, and mill wastewater containing  arsenic and
20  lead, diverted from the mine's wastewater treatment system, all in
21  violation of Title 18, United States Code, Section 1001(a)(2).

22  COUNT FIVE:    [33 U.S.C. §§ 1311(a) and 1319(c)(1)(A) - Negligent
                   Discharge of a Pollutant to a Water of the United
23                 States]

24
       The Grand Jury further charges:   T H A T
25
                    FRENCH GULCH NEVADA MINING CORPORATION,
26                     BULLION RIVER GOLD CORPORATION,
                          PETER MARTIN KUHN, and
27                            KIEDOCK KIM,

28

                                  6

1  defendants herein, as follows:

2          1.    Paragraphs 1 through 5 of Count One are realleged and

3  incorporated herein, as if fully set forth.

4          2.    On or about June 24, 2006, in the County of Shasta, State

5  and Eastern District of California, defendants did negligently

6  discharge, and cause to be discharged, from a point source, to wit:  a

7  plastic pipe, pollutants, namely, an estimated three to ten tons of

8  mine tailings, slurry waste, and mill wastewater containing arsenic

9  and lead, into waters of the United States, without a National

10 Pollution Discharge Elimination System permit issued pursuant to Title

11 33, United States Code, Section 1342, all in violation of Title 33,

12 United States Code, Sections 1311(a) and 1319(c)(1)(A), a misdemeanor.

13

14                                      A TRUE BILL.

15                                       /s/ Signature on file w/AUSA

16

17                                      _____
                                        FOREPERSON
18

19 BENJAMIN B. WAGNER
   United States Attorney

20

21

22

23

24

25

26

27

28

                                7

No. __ __ 2 10 - CR - 0 2 5 5 GEB

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
*vs.*

## FRENCH GULCH NEVADA MINING CORPORATION

## I N D I C T M E N T

**VIOLATION(S):**  18 U.S.C. §§ 371 - Conspiracy to Depredate United States Property and Make False Statements; 18 U.S.C. § 1361 - Depredation Against United States Property; 18 U.S.C. § 1001(a)(2) - False Statements (2 Counts); 33 U.S.C. §§ 1311 (a) and 1319 (c)(1)(A) - Negligent Discharge of a Pollutant to a Water of the United States

*A true bill,*

/S/

_____
*Foreman.*

*Filed in open court this* ____ /____ ____ *day*

*of* ___ JULY _____ , *A.D. 20* 10 __

_____
*Clerk.*

*Bail, $* Summons for entities
Warrant for Individuals

**GREGORY G. HOLLOWS**

GPO 863 525

SEALED

## PENALTY SLIP

DEFENDANTS:   FRENCH GULCH NEVADA MINING CORPORATION
BULLION RIVER GOLD CORPORATION
PETER MARTIN KUHN
KIEDOCK KIM

COUNT
VIOLATION:   18 U.S.C. § 371  - Conspiracy to Depredate United States Property
and Make False Statements
PENALTY:   Not more than $ 250,000 fine, or
Not more than 5 years imprisonment, or both
Not more than 3 years term of supervised release

COUNT 2
VIOLATION:   18 U.S.C. § 1361 - Depredation Against United States Property
PENALTY:   Not more than $ 250,000 fine, or
Not more than 10 years imprisonment, or both
Not more than 3 years term of supervised release

COUNT 3-4
VIOLATION:   18 U.S.C. § 1001 (a) (2) - False Statements (2-counts)
PENALTY:   Not more than $ 250,000 fine, or
Not more than 5 years imprisonment, or both
Not more than 3 years term of supervised release

COUNT 5
VIOLATION:   33 U.S.C. §§ 1311 (a) and 1319 (c) (1) (A) - Negligent Discharge of a
Pollutant to a Water of the United States
PENALTY:   Not more than $ 125,000 fine, or
Not more than 1 years imprisonment, or both
Not more than 3 years term of supervised release

PENALTY
ASSESSMENT:   $100.00 special assessment (each count)

2: 1 0 - CR - 0 2 5 5 GEB

SEALED