MALCOLM S. SEGAL - 075481
JAMES P. MAYO - 169897
**SEGAL & KIRBY LLP**
770 L Street, Suite 1440
Sacramento, CA  95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003
msegal@segalandkirby.com
jmayo@segalandkirby.com

Attorneys for Defendant
KIEDOCK KIM

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRENCH GULCH NEVADA MINING CORPORATION, BULLION RIVER GOLD CORPORATION, PETER MARTIN KUHN, and KIEDOCK KIM,<br><br>Defendants.<br>_____/ | CASE NO: 2:10-CR-0255<br><br>**STIPULATION AND PROPOSED ORDER MODIFYING TERMS OF PRETRIAL RELEASE RE TRAVEL RESTRICTIONS** |

The defendant, KIEDOCK KIM, through his counsel of record, and plaintiff United States of America, through its counsel, Assistant United States Attorney Samuel Wong, along with the Pre-Trial Services, agree and stipulate that the condition of pre-trial release restricting the defendant's travel to the Eastern District of California shall be modified as follows:   The defendant's travel is restricted to the Eastern District of California and the Northern District of California.

///

///

///

1  Dated: October 4, 2010                    Respectfully submitted,

2                                             **SEGAL & KIRBY LLP**

3

4                                    By:     /s/ Malcolm Segal
                                              MALCOLM SEGAL
                                              Attorneys for Defendant
5                                             KIEDOCK KIM

6

7
                                     By:     /s/ Samuel Wong
8  Dated: October 4, 2010                     SAMUEL WONG
                                              Assistant United States Attorney
9

10

11

12      **IT IS SO ORDERED.**

13
   Dated:   October ___, 2010
14

15
                                              _____
16                                            HONORABLE EDMUND F. BRENNAN
                                              Magistrate Judge, United States District Court
17