MALCOLM S. SEGAL - 075481
JAMES P. MAYO - 169897
**SEGAL & KIRBY LLP**
770 L Street, Suite 1440
Sacramento, CA  95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003
msegal@segalandkirby.com
jmayo@segalandkirby.com

Attorneys for Defendant
KIEDOCK KIM

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRENCH GULCH NEVADA MINING CORPORATION, BULLION RIVER GOLD CORPORATION, PETER MARTIN KUHN, and KIEDOCK KIM,<br><br>Defendants.<br>_____/ | CASE NO: 2:10-CR-0255 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br>_____ |

The defendant, KIEDOCK KIM, through his counsel of record, Segal & Kirby LLP, and plaintiff United States of America, through its counsel, Assistant United States Attorney Samuel Wong, agree and stipulate that the Status Conference currently set for November 18, 2011, at 9:00 a.m. may be continued until January 6, 2012, at 9:00 a.m. in order to permit the defendant:  (1)  additional time necessary to conduct further legal research and factual investigation regarding the matters contained in the voluminous discovery produced by the United States in this case; (2) the continued opportunity to provide reciprocal discovery to the government; (3) to permit the government the opportunity to continue to evaluate information provided by the defense; (4) to allow the parties to discuss and evaluate possible

resolution of the case; and (5) to prepare the defense case for further proceedings and trial.

The parties agree a continuance is necessary for these purposes, and accordingly, both parties further agree and stipulate that the Court should order that time should be excluded from the date of the parties' stipulation, November 14, 2011, through January 6, 2012, from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv) and Local Codes T2 (unusual and complex case) and T4 (ongoing preparation of defense counsel and prosecution counsel): (1) because it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161; and (2) due to the need to provide defense counsel and the prosecution counsel the reasonable time to prepare, taking into account the exercise of due diligence. Both parties agree and stipulate that the Court should find the ends of justice served by the granting of such continuance outweigh the interests of the public and defendant in a speedy trial.

**IT IS SO STIPULATED.**

Respectfully submitted,

**SEGAL & KIRBY LLP**

Dated: November 14, 2011   By:   /s/ Malcolm Segal
MALCOLM SEGAL
Attorneys for Defendant
KIEDOCK KIM

BENJAMIN B. WAGNER
United States Attorney

Dated: November 14, 2011   By:   /s/ Samuel Wong
SAMUEL WONG
Assistant United States Attorney (per authorization)

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the Status Conference currently set for November 18, 2011, at 9:00 a.m. be continued to January 6, 2012, at 9:00 a.m.. Based upon the representation of the parties, including defense counsel, and good cause appearing therefrom, the Court hereby finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161, and the requested continuance is necessary to provide defense counsel and prosecution counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice to be served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.

It is therefore ordered that the time from the date of the parties' stipulation, November 14, 2011, up to and including the January 6, 2012, Status Conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv) and Local Codes T2 (unusual and complex case) and T4 (ongoing preparation of defense counsel and prosecution counsel).

Dated: November 14, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge