BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRENCH GULCH NEVADA MINING CORPORATION, et al.,<br><br>　　　　Defendants. | No. 2:10-CR-255 GEB<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON DEFENDANT KIEDOCK KIM'S MOTION TO DISMISS CERTAIN COUNTS OF THE INDICTMENT, AMENDING THE BRIEFING SCHEDULE, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

　　　It is hereby stipulated by and between plaintiff United States of America, on the one hand, and defendant Kiedock Kim, on the other hand, through their respective undersigned counsel that: (1) the presently set May 18, 2012, hearing on Kim's motion to dismiss certain counts of the Indictment shall be continued to July 20, 2012, at 9:00 a.m.; (2) the United States response to Kim's motion shall be filed by June 22, 2012; and (3) Kim's reply, if any, shall be filed by July 6, 2012.  This continuance is requested to provide the parties time to attempt to negotiate

1

1  a pretrial resolution of the case and, in the event the case is
2  not resolved, provide the United Sates additional time to respond
3  to Kim's dismissal motion.  The parties further stipulate and
4  agree that computation of time within which the trial of this
5  matter must be commenced shall continue to be excluded under 18
6  U.S.C. § 3161(h)(1)(D) and Local Code E due to Kim's pending
7  motion to dismiss.

9  DATED:  May 3, 2012                    /s/ Malcolm S. Segal

11                                         _____
                                           MALCOLM S. SEGAL
                                           Attorney for Defendant
12                                         Kiedock Kim

13  Dated:  May 3, 2012                    BENJAMIN B. WAGNER
14                                         UNITED STATES ATTORNEY

15                                         /s/ Samuel Wong
                                     By:   _____
16                                         SAMUEL WONG
                                           Assistant U.S. Attorney

ORDER

The Court having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. It is ordered that: (1) the presently set May 18, 2012, hearing on Kim's motion to dismiss certain counts of the Indictment shall be continued to July 20, 2012, at 9:00 a.m.; (2) the United States' response to Kim's motion shall be filed by June 22, 2012; and (3) Kim's reply, if any, shall be filed by July 6, 2012.

It is further ordered that computation of time within which the trial of this matter must be commenced shall continue to be excluded under 18 U.S.C. § 3161(h)(1)(D) and Local Code E due to Kim's pending motion to dismiss through the conclusion of the hearing on, or other prompt disposition of, such motion.

Dated: May 4, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge