```
BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2772
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FRENCH GULCH NEVADA MINING CORPORATION, et al.,<br><br>    Defendants. | No. 2:10-CR-255 GEB<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON DEFENDANT KIEDOCK KIM'S MOTION TO DISMISS CERTAIN COUNTS OF THE INDICTMENT, AMENDING THE BRIEFING SCHEDULE, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

It is hereby stipulated by and between plaintiff United States of America, on the one hand, and defendant Kiedock Kim, on the other hand, through their respective undersigned counsel that:  (1) the presently set July 20, 2012, hearing on Kim's motion to dismiss certain counts of the Indictment shall be continued to September 7, 2012, at 9:00 a.m.; (2) the United States' response to Kim's motion shall be filed by August 10, 2012; and (3) Kim's reply, if any, shall be filed by August 24, 2012.  This continuance is requested to provide the parties time

1

1  to attempt to negotiate a pretrial resolution of the case and, in
2  the event the case is not resolved, provide the United States
3  additional time to respond to Kim's dismissal motion.  The
4  parties further stipulate and agree that computation of time
5  within which the trial of this matter must be commenced shall
6  continue to be excluded under 18 U.S.C. § 3161(h)(1)(D) and Local
7  Code E due to Kim's pending motion to dismiss.
8
9  DATED:  June 20, 2012                    /s/ Malcolm S. Segal
10
11                                           _____
                                            MALCOLM S. SEGAL
                                            Attorney for Defendant
12                                           Kiedock Kim
13
    Dated:  June 20, 2012                   BENJAMIN B. WAGNER
14                                           UNITED STATES ATTORNEY
15                                           /s/ Samuel Wong
                                    By:     _____
16                                           SAMUEL WONG
                                            Assistant U.S. Attorney
17

ORDER

The Court having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  It is ordered that:  (1) the presently set July 20, 2012, hearing on Kim's motion to dismiss certain counts of the Indictment shall be continued to September 7, 2012, at 9:00 a.m.; (2) the United States' response to Kim's motion shall be filed by August 10, 2012; and (3) Kim's reply, if any, shall be filed by August 24, 2012.

It is further ordered that computation of time within which the trial of this matter must be commenced shall continue to be excluded under 18 U.S.C. § 3161(h)(1)(D) and Local Code E due to Kim's pending motion to dismiss through the conclusion of the hearing on, or other prompt disposition of, such motion.

Dated:  June 22, 2012

GARLAND E. BURRELL, JR.
United States District Judge